```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                      CASE NO. 08 B 07102
    KATHLEEN S NEURAUTER
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

          Debtor
    SSN XXX-XX-9605


 ------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
 ------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

    1.  The case was filed on 03/25/08 and confirmed on 06/06/08.

    2.  The case was dismissed after confirmation, 01/09/2009.

    3.  The Debtor paid a total of $   3530.00 .

    4.  The Trustee made disbursements to creditors as follows:

 ------------------------------------------------------------------------------
 CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
 ------------------------------------------------------------------------------
 MIDWEST LOAN SERVICES      CURRENT MORTG           .00            .00          .00
 MIDWEST LOAN SERVICES      MORTGAGE ARRE      27301.58            .00          .00
 BAXTER CREDIT UNION        SECURED                 .00            .00          .00
 BAXTER CREDIT UNION        SECURED VEHIC      8818.87         244.73      1177.12
 AES/PHEAA                  UNSECURED         NOT FILED            .00          .00
 AES/PHEAA                  UNSECURED         NOT FILED            .00          .00
 AMERICAN GENERAL RETAIL    SECURED             339.34           5.33       339.34
 BAXTER CREDIT UNION        UNSECURED         NOT FILED            .00          .00
 CAPITAL ONE BANK           UNSECURED         NOT FILED            .00          .00
 CHASE BANK USA             UNSECURED         NOT FILED            .00          .00
 PORTFOLIO RECOVERY ASSOC   UNSECURED         NOT FILED            .00          .00
 CITIBANK                   UNSECURED         NOT FILED            .00          .00
 DELL FINANCIAL SERVICES    UNSECURED         NOT FILED            .00          .00
 HSBC                       UNSECURED         NOT FILED            .00          .00
 PORTFOLIO RECOVERY ASSOC   UNSECURED         NOT FILED            .00          .00
 PEOPLES GAS                UNSECURED         NOT FILED            .00          .00
 TARGET                     UNSECURED         NOT FILED            .00          .00
          Summary of disbursements:
 ------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
 ------------------------------------------------------------------------------
 TOTAL CLMS ALLOWED  36459.79        .00          .00          .00      36459.79
 PRINCIPAL PAID       1516.46        .00          .00          .00       1516.46
 INTEREST PAID         250.06        .00          .00          .00        250.06
 TOTAL PAID           1766.52        .00          .00          .00       1766.52
 The Debtor's attorney, LEGAL HELPERS PC               , was allowed $   3500.00
 and was paid $    500.00  direct and $   1562.58  through the plan.

 The Trustee received $    200.90 .

 Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE